Fowler, J.   The governing facts in this case are identical with those involved in *State ex rel. National Cheese Producers Federation v. W. R. Foley,* judge of the circuit court for Polk county, decided herewith (*ante,* p. 471, 245 N. W. 107).   For the reasons stated in the opinion in that case the petition is dismissed.

State ex rel. National Cheese Producers Federation, Petitioner, vs. Foley, Circuit Judge, Respondent.

*October 14—November 9, 1932.*

For the petitioner there was a brief by *Gilbert, Ela, Heilman & Raeder* of Madison, and oral argument by *E. Burgess Ela.*

For the respondent the cause was submitted on the brief of *W. T. Doar* of New Richmond.

Fowler, J.   The governing facts in this case are identical with those involved in *State ex rel. National Cheese Producers Federation v. W. R. Foley,* judge of the circuit court for Polk county, decided herewith (*ante,* p. 471, 245 N. W. 107).   For the reasons stated in the opinion in that case the petition is dismissed.